1   LYNN M. DEAN, Cal. Bar No. 205562
Email: deanl@sec.gov
2   WILLIAM S. FISKE, Cal. Bar. No. 123071
Email: fiskew@sec.gov
3
Attorneys for Plaintiff
4   Securities and Exchange Commission
Michele Wein Layne, Regional Director
5   Lorraine B. Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
6   5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
7   Telephone:  (323) 965-3998
Facsimile:  (323) 965-3908
8

JS-6

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12   SECURITIES AND EXCHANGE
COMMISSION,
13
                                        Case No. 13-CV-02558 RGK (PJWx)
14          Plaintiff,
                                        **JUDGMENT AS TO DEFENDANT
                                        SCOTT LONDON**
15      vs.

16   SCOTT LONDON AND BRYAN SHAW,

17          Defendants.

18

19          The Securities and Exchange Commission having filed a Complaint and

20   Defendant Scott London having entered a general appearance; consented to the

21   Court's jurisdiction over Defendant and the subject matter of this action; consented

22   to entry of this Judgment; waived findings of fact and conclusions of law; and

23   waived any right to appeal from this Judgment:

24                                      I.

25          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant

26   and Defendant's agents, servants, employees, attorneys, and all persons in active

27   concert or participation with them who receive actual notice of this Judgment by

28

                                        1

1   personal service or otherwise are permanently restrained and enjoined from

2   violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of

3   1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated

4   thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of

5   interstate commerce, or of the mails, or of any facility of any national securities

6   exchange, in connection with the purchase or sale of any security:

7                (a)     to employ any device, scheme, or artifice to defraud;

8                (b)     to make any untrue statement of a material fact or to omit to

9   state a material fact necessary in order to make the statements made, in the light of

10   the circumstances under which they were made, not misleading; or

11               (c)     to engage in any act, practice, or course of business which

12   operates or would  operate as a fraud or deceit upon any person.

13                                     II.

14       IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED

15   that Defendant shall pay disgorgement of ill-gotten gains, prejudgment interest

16   thereon, and a civil penalty pursuant to 21A of the Exchange Act, [15 U.S.C.

17   § 78u-1]. The Court shall determine the amounts of the disgorgement and civil

18   penalty upon motion of the Commission. Prejudgment interest shall be calculated

19   from October 1, 2010 based on the rate of interest used by the Internal Revenue

20   Service for the underpayment of federal income tax as set forth in 26 U.S.C.

21   § 6621(a)(2). In connection with the Commission's motion for disgorgement

22   and/or civil penalties, and at any hearing held on such a motion: (a) Defendant will

23   be precluded from arguing that he did not violate the federal securities laws as

24   alleged in the Complaint; (b) Defendant may not challenge the validity of the

25   Consent or this Judgment; (c) solely for the purposes of such motion, the

26   allegations of the Complaint shall be accepted as and deemed true by the Court;

27   and (d) the Court may determine the issues raised in the motion on the basis of

28

1    affidavits, declarations, excerpts of sworn deposition or investigative testimony,

2    and documentary evidence, without regard to the standards for summary judgment

3    contained in Rule 56(c) of the Federal Rules of Civil Procedure.  In connection

4    with the Commission's motion for disgorgement and/or civil penalties, the parties

5    may take discovery, including discovery from appropriate non-parties.

6                       III.

7        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the

8    Consent is incorporated herein with the same force and effect as if fully set forth

9    herein, and that Defendant shall comply with all of the undertakings and

10    agreements set forth therein.

11                     IV.

12        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this

13    Court shall retain jurisdiction of this matter for the purposes of enforcing the terms

14    of this Judgment.

15

16    Dated:  June 27, 2013        _____

17                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28